NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1014

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Plaintiff-Appellant,

v.

PHILIPS ELECTRONIC NORTH AMERICA CORPORATION,

Defendant,

and

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
and TOSHIBA AMERICA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-1859, Chief Judge Irma E. Gonzalez.

ON MOTION

ORDER

Upon consideration of Toshiba America Consumer Products, L.L.C. et al.'s motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 0 2 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Edward E. Casto, Jr., Esq.
      Irfan A. Lateef, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK